UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JENNIFER D. DAVIS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. |
| | ) |
| | ) |
| POTAWATOMI ZOOLOGICAL | ) |
| SOCIETY INC., | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

Plaintiff alleges against Defendant that:

1. Plaintiff Jennifer D. Davis, alleges against Defendant Potawatomi Zoological Society, Inc. ("Potawatomi") that she was discriminated against, suffered a hostile work environment, was harassed, and then retaliated against after reporting harassment and discrimination based upon her sex (female), all contrary to the provisions of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000 e *et seq.* ("Title VII"), as well as retaliation for reporting unlawful work place practices prohibited by the Fair Labor Standards Act, 29 U.S.C. § 211 *et seq.*, all is set forth in Charge of Discrimination No. 470-2018-03438, attached hereto, made a part hereof, and incorporated herein as Exhibit A. The EEOC issued a Dismissal and Notice of Rights on or about February 28, 2019 (Exhibit B), and this Complaint has been filed within ninety (90) days after receipt.

2. Defendant Potawatomi Zoological Society, Inc ("Potawatomi") is a corporation authorized to do business in the State of Indiana and does so at 500 South Greenlawn

Avenue, South Bend, IN 46615.  Its registered agent is Marcy Dean, 500 South Greenlawn Avenue, South Bend, IN 46615.  Defendant is an employer for the purposes of Title VII and the Fair Labor Standards Act ("FLSA").

3. Plaintiff was damaged and injured in that she lost her job and job related benefits including income. Plaintiff also experienced emotional distress, mental anguish, humiliation, embarrassment, inconvenience and other damages and injuries.  Plaintiff seeks compensatory damages.

4. The actions of the Defendant were intentional and in reckless disregard of her federally protected civil rights.  Plaintiff seeks punitive damages.

5. Plaintiff had reported violations of the Federal Animal Welfare Act, because she had concerns over the health and welfare of certain animals at the zoo.  These concerns related to unsafe situations for protected animals and the viewing public, unsanitary and unfit habitats and environments for protected animals, and the reporting of animal aggression which put the animals and staff at risk (improper handling of the animals). As the "General Curator", Plaintiff would have been subjected to personal liability had she not disclosed these concerns to appropriate officials.  Defendant retaliated against the Plaintiff and terminated her for refusing to go along with these illegal practices, which, if Plaintiff had acquiesced in these illegal practices, would have caused her personal liability.  Accordingly, Plaintiff seeks compensatory damages and punitive damages for retaliatory discharge.

WHEREFORE, Plaintiff prays for judgment against the Defendant, for compensatory damages, punitive damages, back pay, front pay, reasonable attorney's fees and costs, and for all

other just and proper relief in the premises under Title VII and the Fair Labor Standards Act (including liquidated damages) and pursuant to the state laws and public policies of the State of Indiana.

## JURY DEMAND

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

**CHRISTOPHER C. MYERS & ASSOCIATES**

/s/Christopher C. Myers
Christopher C. Myers, #10043-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone: (260) 424-0600
Facsimile: (260) 424-0712
E-mail: cmyers@myers-law.com
*Attorney for Plaintiff*